**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1853**

———————

ALEXIS CARBERRY,

       Plaintiff - Appellant,

    v.

DARLINGTON COUNTY SCHOOL DISTRICT REPRESENTED; TIM NEWMAN, Indv.; CARLA JEFFERSON, Indv.; BRIAN P. MURPHY, Indv.,

       Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Jacquelyn Denise Austin, District Judge.  (0:24-cv-01991-JDA)

———————

Submitted:  November 19, 2024                              Decided:  November 21, 2024

———————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexis Carberry Benson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexis Carberry appeals the district court's order dismissing her civil complaint as duplicative of a then-pending action. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that the case be dismissed and advised Carberry that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Carberry has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2